U.S. DISTRICT COURT JUDGE MARSHA J. PECHMAN
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN J. PHILLIPS, )
) Civil No. C11-1182-MJP-MAT
    Plaintiff, )
) [~~PROPOSED~~] ORDER GRANTING
v. ) EXTENSION OF TIME ON
) SCHEDULING ORDER
MICHAEL J. ASTRUE, Commissioner of Social )
Security, )
)
    Defendant. )
_____ )

### **ORDER**

Based on the unopposed motion of Plaintiff, and supporting reasons, it is hereby

ORDERED that the scheduling Order be amended as follows:

Plaintiff's Opening Brief due on or before:      November 8, 2011

Defendant's Responsive Brief due on or before:      December 6, 2011

Plaintiff's Reply Brief due on or before:      December 20, 2011

DATED this <u>6th</u> day of November, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF
TIME ON SCHEDULING ORDER - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

Presented by:

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
1414 F Street
Bellingham, WA 98225
Telephone: (360) 676-2548
Fax: (360) 647-7838
E-mail: robey@nas.com

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF
TIME ON SCHEDULING ORDER - 2

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838