UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN J. PHILLIPS, | ) |
| | ) CASE NO. C11-1182-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) conduct a supplemental hearing and ensure copies of the record are available to plaintiff; (2) update the treatment evidence on plaintiff's medical condition; (3) articulate how the ALJ has evaluated

REPORT AND RECOMMENDATION
PAGE -1

the credibility of plaintiff's subjective complaints; (4) expressly evaluate and assign weight to the treating medical source opinion, in addition to any additional medical source opinions in the updated record; (5) further consider plaintiff's residual functional capacity on the updated record; (6) further consider whether plaintiff can perform her past relevant work; and (7) if necessary, secure supplemental evidence from a vocational expert. The parties also stipulate that the ALJ will consolidate plaintiff's applications of February 24, 2009 and May 26, 2011. In addition, the Court will consider, upon proper application, an award of reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of December, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge